PETER HERTER, PLAINTIFF IN ERROR, v. THE GOSS & EDSALL COMPANY, DEFENDANT IN ERROR. *

On error to the Supreme Court. For opinion of the Supreme Court, see 28 *Vroom* 42.

For the plaintiff in error, *William D. Daly.*

For the defendant in error, *Dickinson, Thompson & Mc-Master.*

PER CURIAM

The judgment below is affirmed, for the reasons given by the Supreme Court.

---

* The report of this case should have appeared with the opinions of March Term, 1895, in 28 *Vroom.*—REP.

*80 Vroom.*     Tidewater Pipe Co. v. State Board of Assessors.

*For affirmance*—THE CHANCELLOR, GUMMERE, REED, VAN SYCKEL, BROWN.   5.

*For reversal*—DIXON, BOGERT, KRUEGER, SIMS.   4.